UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRACY RAULS and TROY RAULS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:08CV00162 SNLJ |
| | ) |
| BMC TRANSPORTATION COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the <u>October 4, 2011</u> trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this <u>7th</u> day of <u>September</u>, 2011.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE